449 F.2d 155
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
EDWARDS TRANSPORTATION COMPANY, Respondent.
 No. 71-1771 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 October 20, 1971.
 
 Application for Enforcement of an Order of the National Labor Relations Board.
 Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., Charles M. Paschal, Jr., Director, Region 15, N.L.R.B., New Orleans, La., Eugene G. Goslee, Acting Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Robert E. Williams, Atty., N.L.R.B., Washington, D. C., for petitioner.
 John E. McFall, Kullman, Lang, Keenan, Inman & Bee, New Orleans, La., for respondent.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Enforced: See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966